# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> PALISADES COLLECTION, LLC, <br><br> Defendant. | Case No.: 08 CV 2892 <br><br> Judge: Holderman <br><br> Magistrate Judge Schenkier |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PALISADES COLLECTION, LLC

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6197596 | TELEPHONE NUMBER <br> 312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

6326393v1 889410

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **June 5, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

*Attorney for Plaintiff*
Daniel A. Edelman
Cathleen M. Combs
Francis Richard Greene
James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200

                                                  HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *David M. Schultz* |
| HINSHAW & CULBERTSON LLP | David M. Schultz |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – fax | |
| dschultz@hinshawlaw.com | |

6326393v1 889410