# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

DAVID CONNELLY, individually and on behalf of the class defined herein,

Plaintiff,

v.

PALISADES COLLECTION, LLC,

Defendant.

Case No.: 08 CV 2892

Judge: Holderman

Magistrate Judge Schenkier

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PALISADES COLLECTION, LLC

| |
|---|
| NAME:  Jennifer W. Weller |
| SIGNATURE:  s/ *Jennifer W. Weller* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270826 | 312/704-3000 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 5, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

*Attorney for Plaintiff*
Daniel A. Edelman
Cathleen M. Combs
Francis Richard Greene
James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200

HINSHAW & CULBERTSON LLP

Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6326401v1 889410