IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08 CV 2892 |
| v. | ) ) Judge: Holderman |
| PALISADES COLLECTION, LLC, | ) ) Magistrate Judge Schenkier |
| Defendant. | ) ) |

## AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Palisades Collection, LLC, ("Palisades") by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Motion for a 21-day Enlargement of Time to File a Responsive Pleading to Plaintiff's Complaint states as follows:

1. Plaintiff's Class Action Complaint purports to state claims against Palisades for violations of the Fair Debt Collection Practices Act, Illinois Collection Agency Act and Illinois Consumer Fraud Act.

2. Palisades was served with the Complaint on May 20, 2008 and its responsive pleading is due on June 9, 2008.

3. Defendant has retained defense counsel who have filed Appearances concurrently with the instant motion. Counsel for the defendant has contacted counsel for the plaintiff about the instant motion, and plaintiff's counsel does not oppose the enlargement of time sought.

4. Defendant hereby requests an additional 21 days to on or before June 30, 2008 to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response to the multiple claims arising out of both state and federal law.

6326351v1 889410

2

WHEREFORE, Defendant Palisades Collection, LLC respectfully requests that this court grant it an additional 21 days to on or before June 30, 2008 to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Jennifer W. Weller
  Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6326351v1 889410