IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 CV 2892 |
| v. | ) ) | Judge: Holderman |
| PALISADES COLLECTION, LLC, | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:　Daniel A. Edelman, Cathleen M. Combs,
　　　Francis R. Greene, James O. Latturner
　　　Edelman, Combs, Latturner & Goodwin, LLC
　　　120 South LaSalle Street, 18th Floor
　　　Chicago, IL 60603

　　**PLEASE TAKE NOTICE** that on **June 12, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge James F. Holderman or any Judge sitting in his/her stead in Courtroom 2541, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　　　　　　　　　s/ *Jennifer W. Weller*
David M. Schultz　　　　　　　　　　　　　　　Jennifer W. Weller
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6326419v1 889410

**CERTIFICATE OF SERVICE**

    I hereby certify that on **June 5, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

2

6326419v1 889410