**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David Connelly
                  Plaintiff,

v.                                        Case No.: 1:08−cv−02892
                                                    Honorable James F. Holderman

Palisades Collection LLC
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant's agreed motion for enlargement of time to answer or otherwise plead [11] is granted; defendant is given until 6/30/2008 to answer or otherwise plead to the complaint. Status hearing set for 7/8/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.