IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08 CV 2892 |
| v. | ) ) Judge: Holderman |
| PALISADES COLLECTION, LLC, | ) ) Magistrate Judge Schenkier |
| Defendant. | ) ) |

## UNOPPOSED MOTION FOR A 10-DAY ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendant Palisades Collection, LLC by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Unopposed Motion for a 10-day Enlargement of Time to File a Responsive Pleading to Plaintiff's Complaint states as follows:

1.  Defendant is to file its responsive pleading to Plaintiff's Complaint by June 30, 2008.

2.  The Plaintiff's Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, ("FDCPA") Illinois Collection Agency Act ("ICAA") and Illinois Consumer Fraud Act ("ICFA") because it allegedly failed to attach an assignment pursuant to 225 ILCS 425/8b of the ICAA to a state court collection complaint.

3.  The state court collection complaint is pending and set for trial on July 8, 2008.

4.  In order to determine the status of the state court collection complaint and what impact the posture of that case may have on this federal litigation, and in light of the upcoming Fourth of July weekend and counsel's vacation schedule, counsel requests an additional 10 days to file its responsive pleading to Plaintiff's Complaint.

5.     This time is not meant for the purposes of unnecessary delay or to prejudice any party to the proceeding.  Rather, this time is requested for the purpose of obtaining necessary information and preparing an appropriate response to the Complaint.

6.     Counsel for Defendant has discussed the additional time with counsel for the Plaintiff and counsel for the Plaintiff does not oppose the additional time.

WHEREFORE, Defendant Palisades Collection, LLC respectfully requests an additional 10 days to on or before July 10, 2008 to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:  s/Jennifer W. Weller
     Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6334690v1 889410