IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 08 CV 2892 |
| v. | )<br>) Judge: Holderman |
| PALISADES COLLECTION, LLC, | )<br>) Magistrate Judge Schenkier |
| Defendant. | )<br>) |

**NOTICE OF MOTION**

TO:   Daniel A. Edelman, Cathleen M. Combs,
Francis R. Greene, James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **July 1, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge James F. Holderman or any Judge sitting in his/her stead in Courtroom 2541, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR A 10-DAY ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6334737v1 889410

**CERTIFICATE OF SERVICE**

    I hereby certify that on **June 26, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR A 10-DAY ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                                           HINSHAW & CULBERTSON LLP

David M. Schultz                                           s/ *Jennifer W. Weller*
Jennifer W. Weller                                          Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

2

6334737v1 889410