**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David Connelly
                Plaintiff,

v.                                       Case No.: 1:08−cv−02892
                                                      Honorable James F. Holderman

Palisades Collection LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant's unopposed motion for a 10−day enlargement of time to file responsive pleading to plaintiff's complaint [14] is granted; defendant is given utnil 7/10/2008to respond to the complaint. Status hearing date of 7/8/2008 is reset for 7/17/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.