**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 CV 2892 |
| vs. | ) ) | Judge Holderman |
| PALISADES COLLECTION, LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

   **PLEASE TAKE NOTICE** that on Thursday July 17, 2008 at 9:00 a.m., we will appear before the Honorable Chief Judge James F. Holderman in Room 2541 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**.

                                                                          s/Daniel A. Edelman
                                                                          Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, hereby certify that on July 10, 2008, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:


David M. Schultz
dschultz@hinshawlaw.com
courtfiling@hinshawlaw.com


Jennifer W. Weller
jweller@hinshawlaw.com

                                              s/Daniel A. Edelman
                                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)