IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID CONNELLY, individually and on behalf of the class defined herein, ) ) ) | |
| Plaintiff, ) | Case No.: 08 CV 2892 |
| ) | |
| v. ) | Judge: Holderman |
| ) | |
| PALISADES COLLECTION, LLC, ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   Daniel A. Edelman, Cathleen M. Combs,
        Francis R. Greene, James O. Latturner
        Edelman, Combs, Latturner & Goodwin, LLC
        120 South LaSalle Street, 18th Floor
        Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **July 15, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge James F. Holderman or any Judge sitting in his/her stead in Courtroom 2541, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) and MEMORANDUM IN SUPPORT OF RULE 12(B)(6) MOTION TO DISMISS,** a copy of which is served upon you.

                                                                                HINSHAW & CULBERTSON LLP

David M. Schultz                                        s/ Corinne C. Heggie
Jennifer W. Weller                                      Corinne C. Heggie
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
cheggie@hinshawlaw.com

6334737v1 889410

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on **July 10, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION, MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) and MEMORANDUM IN SUPPORT OF RULE 12(B)(6) MOTION TO DISMISS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Corinne C. Heggie* |
| Jennifer W. Weller | Corinne C. Heggie |
| Corinne C. Heggie | |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| cheggie@hinshawlaw.com | |

2