**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David Connelly
                      Plaintiff,

v.                                              Case No.: 1:08−cv−02892
                                                     Honorable James F. Holderman

Palisades Collection LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable James F. Holderman: On the MOTION by Defendant Palisades Collection LLC to dismiss Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6) [21], response due by 7/29/2008; reply due by 8/12/2008. The Court to rule electronically and will set further dates at the time of ruling. The MOTION by Plaintiff David Connelly to certify class [17] is held in abeyance pending ruling on the motion to dismiss. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.